FREDERICKA ALLEN SHEARIN, respondent,

*v.*

ALICE ALLEN et al., appellants.

[Submitted May 25th, 1945.   Decided September 27th, 1945.]

*Mr. Isadore Rabinowitz* and *Mr. Nathan Rabinowitz,* for the appellants.

*Mr. Edward G. Weiss,* for the respondent.

PER CURIAM.

The decree under review is affirmed, for the reasons expressed in the opinion of Vice-Chancellor Lewis, *ubi supra.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 14.

*For reversal*—None.